

120 Broadway  
28th Floor  
New York, New York 10271  
Telephone: (212) 652-3890  
Facsimile: (212) 652-3891  

**Joseph Farelli**  
**Partner**  
Direct Dial: (212) 652-3831  
jfarelli@pittalaw.com

August 22, 2025

<u>VIA ECF</u>

Honorable Robert W. Lehrburger  
United States Magistrate Judge  
Southern District of New York  
500 Pearl Street, Room 1960  
New York, New York 10007

  Re: <u>McCammon et. al. v. Surrey Propco. et. al  
    Case No. 1:25-cv-03292 (VSB)(RWL)</u>

Dear Judge Lehrburger:

  This office represents the Plaintiffs in the above-referenced matter. Pursuant to Your Honor's Rule I.D, we submit this letter motion requesting an extension of the deadline to file a motion for class certification in this matter from August 14, 2025 (as set forth in Your Honor's Scheduling Order dated July 15, 2025 (ECF No. 29)) to September 8, 2025. This is the first time the Plaintiffs have made any request to adjourn any deadline set forth in the Scheduling Order and have the Defendants' consent to such request. Additionally, the Plaintiffs have consented to the Defendants' request to extend their time to respond to the Plaintiffs' class certification motion until October 7, 2025, subject to the Court's approval.

  While we acknowledge the tardiness of this request in relation to said deadline, we note that Your Honor had indicated during the parties' scheduling conference with the Court flexibility in compliance with such deadline.

  We respectfully request the Court to grant the motion set forth herein and thank you for your consideration in this matter.

            Respectfully,

            */s/ Joseph Farelli*

            Joseph Farelli

cc: Paul Wagner, Esq., Defendants' counsel (via ECF)  
   Anne-Marie Mizel, Esq., Defendants' counsel (via ECF)  
   John B. Hunt, Esq., Defendants' counsel (via ECF