

**STOKES WAGNER**
ATTORNEYS AT LAW

ATLANTA • ITHACA • LOS ANGELES • PITTSBURGH • SAN DIEGO

The modified schedule is adopted as set forth herein.

SO ORDERED:

_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

October 14, 2025

**By E-Mail and ECF Filing**

The Hon. Robert W. Lehrburger
U.S. District Court, S.D.N.Y.
Lehrburger_NYSDChambers@nysd.uscourts.gov

    Re:    *Donna McCammon et al v. Surrey Propco LLC. 1:2025-cv-03292*

Dear Judge Lehrburger:

    Pursuant to the Court's Order of October 7, 2025, the parties met and conferred regarding discovery related to plaintiffs' Motion for Class Certification.

    As result, the parties have entered into the attached Stipulation. This will permit the defendants to depose the named plaintiffs subject to certain conditions and allow limited document discovery from both sides. The Stipulation additionally would require that the certification related depositions be completed by December 16, 2025, that the defendants may have through and including January 8, 2026 in which to file their response to the Motion for Class Certification and that the plaintiffs will have through and including January 26, 2026, in which to submit their Reply in support of the Motion. The parties request that the deadlines in the Case Management Order be modified accordingly.

    Respectfully submitted,

| | |
|---|---|
| **STOKES WAGNER, ALC.** | **PITTA, LLP** |
| *[signature]* | */s/ Joseph Farelli* |
| John R Hunt | Joseph Farelli |
| *Attorney for Defendant Surrey Propco LLC* | *Attorney for Plaintiffs* |

Cc: All counsel of record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA MCCAMMON, VANESSA GARCIA, individually and on behalf of other similarly situated persons,<br><br>*Plaintiffs*,<br><br>v.<br><br>SURREY REALTY ASSOCIATES LLC, SURREY PROPCO LLC, CORINTHIA HOTELS LIMITED, and any other related entities, jointly and severally,<br><br>*Defendants*. | Case No. 1:25-cv-03292-VSB |

## STIPULATION OF PRE-CERTIFICATION DISCOVERY

Plaintiffs Donna McCammon ("McCammon") and Vanessa Garcia ("Garcia")(collectively, "Plaintiffs") and Defendants Surrey Propco LLC and Corinthia Hotels Limited (collectively "Defendants"), by their undersigned counsel, hereby stipulate that:

**WHEREAS**, Defendants filed a letter motion dated September 25, 2025 ("Motion") seeking certain discovery related to the motion of Plaintiffs for class certification pursuant to Federal Rules of Civil Procedure 23 ("Certification Motion"); and

**WHEREAS**, Plaintiffs filed a letter response to the Motion dated October 6, 2025; and

**WHEREAS**, the Court issued a Memo Endorsement directing the parties to meet and confer and attempt to agree upon pre-certification discovery:

**NOW, THEREFORE,**

1. The Defendants shall be permitted to depose the Plaintiffs at a mutually agreeable time and place prior to December 16, 2025. These depositions shall be without prejudice to

Defendants' right to depose the Plaintiffs during merits discovery, in the event the Court grants the Class Certification Motion.

2. The depositions and questioning of Plaintiffs for pre-certification discovery shall be limited to the Plaintiffs' knowledge of the above-captioned action ('lawsuit"); ability and competency to participate in the lawsuit; nature of their claims in the lawsuit; and their knowledge of the members of putative class in the lawsuit.

3. During the depositions of the Plaintiffs, they shall not be questioned or asked about any communications with the Union or the Union's representatives, employees or counsel.

4. The Plaintiffs shall provide Defendants, within three (3) weeks of the execution of this Stipulation, with copies of spreadsheets reflecting employment reports filed by the Surrey Hotel ("Hotel")'s former operator Denihan Hospitality ("Denihan") during the period from December 2019 through August 2020 which are in their possession, redacting personal information such as address, phone number, date of birth.

5. The Plaintiffs shall provide Defendants, within three (3) weeks of the execution of this Stipulation, with copies of any WARN notices that Denihan Hospitality sent in connection with the closing of the Hotel in 2020 which are in their possession.

6. The Defendants shall provide Plaintiffs, within four (4) weeks of the execution of this Stipulation, with a list of persons who previously were employed at the Hotel by Denihan and subsequently were offered, in writing, employment at the Hotel in connection with the re-opening of the same and their classifications. Defendants' compliance with this paragraph will be based upon those records currently in their possession.

7. The parties reserve all rights and objections and do not waive the same in regard to any other discovery in the lawsuit.

4901-9795-6710 v.1

8. Defendants' time to respond to Certification Motion shall be extended to January 8, 2026.

9. Plaintiff' time to file reply papers in regard to Certification Motion shall be extended to January 26, 2026.

Dated: New York, New York
October 14, 2025

| PITTA LLP | STOKES WAGNER ALC |
|---|---|
| *(signature)* | *(signature)* |
| Joseph Fredrick Farelli | Paul Eric Wagner |
| 120 Broadway, 28th Floor | 903 Hanshaw Road |
| New York, New York 10271 | Ithaca, New York 14850 |
| (212) 652-3831 | (607) 257-5166 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Surrey Propco LLC and Corinthia Hotels Limited* |