

ATLANTA • ITHACA • LOS ANGELES • PITTSBURGH • SAN DIEGO • SAN FRANCISCO

March 13, 2026

**By E-Mail and ECF Filing**

The Hon. Robert W. Lehrburger
U.S. District Court, S.D.N.Y.
Lehrburger_NYSDChambers@nysd.uscourts.gov

    Re: *Donna McCammon et al v. Surrey Propco LLC. 1:2025-cv-03292-VSB-RWL*

Dear Judge Lehrburger:

    Defendants respectfully request that the following mistakenly filed document be struck from the docket:

**48**- RESPONSE to Discovery Request from Surrey Propco LLC and Corinthia Hotels, Ltd. Document filed by Corinthia Hotels Limited, Surrey Propco LLC. (Wagner, Paul)

                              Respectfully submitted,
                              Stokes Wagner

                              Paul E. Wagner
                              Attorney for Defendants