

**STOKES WAGNER**

ATTORNEYS AT LAW

ATLANTA • ITHACA • LOS ANGELES • PITTSBURGH • SAN DIEGO • SAN FRANCISCO

April 30, 2026

**By E-Mail and ECF Filing**

The Hon. Robert W. Lehrburger
U.S. District Court, S.D.N.Y.
Lehrburger_NYSDChambers@nysd.uscourts.gov

   Re: *Donna McCammon et al v. Surrey Propco LLC. 1:2025-cv-03292-VSB-RWL*

Dear Judge Lehrburger:

Pursuant to Your Honor's Individual Rules at III(d), Defendants respectfully request a pre-motion conference for the following reasons.

In Defendants' Opposition to Plaintiffs' Motion for Class Certification, Dkt. 51, Defendants objected to the fact that the Plaintiffs' motion was supported almost entirely by an incompetent declaration, that of their attorney, Joseph Farelli. In the Reply brief in support of their Motion, instead of simply responding to Defendants' argument, the Plaintiffs substituted an affidavit from Tomas Oliva, the Grievance Officer for the Hotel and Gaming Trades Council, AFL-CIO, the Union sponsoring this litigation. (Dkt. 53). "It is plainly improper to submit on reply evidentiary information that was available to the moving party at the time it filed its motion and that is necessary in order for that party to meet its burden." *Revise Clothing, Inc. v. Joe's Jeans Subsidiary, Inc.*, 687 F.Supp.2d 381, 387 (S.D.N.Y. 2010), and cases cited therein; *Aurora Loan Services, Inc. v. Posner, Posner &Associates,* 513 F.Supp.2d 18, 20 (S.D.N.Y. 2007).

Defendants therefore request a pre-motion conference to determine whether they should be permitted to file a Motion to Strike Mr. Oliva's affidavit from the record as improperly submitted in a reply brief. In the alternative, Defendants would ask the Court for leave to take Mr. Oliva's deposition and submit a revised Opposition, or else a Sur-Reply, to the Plaintiffs' Motion for Class Certification.

Plaintiffs spuriously claim that Defendants could have deposed Mr. Oliva during the parties' class discovery period, but Defendants had no reason to do so at that time. Had Mr. Oliva submitted a declaration in support of Plaintiffs' original brief, Defendants would have sought to depose him then, but instead, the Plaintiffs submitted a declaration they knew or

903 Hanshaw Road • Ithaca, NY 14850

607.257.5165 • stokeswagner.com

April 30, 2026
Page **2** of **3**

should have known was incompetent, and did not submit Mr. Oliva's affidavit until they filed their Reply brief.

      Thank you for your consideration of this matter.

                            Respectfully Submitted,
                            **STOKES WAGNER, ALC.**

                            Paul E. Wagner

Cc: Joseph Farelli, Esq. (by email).

April 30, 2026
Page **3** of **3**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this date a copy of the foregoing "LETTER MOTION FOR

PRE-MOTION CONFERENCE" was electronically filed using the Court's CM/ECF system

which will automatically send copies of same to counsel of record below:


Joseph Fredrick Farelli
Trevor Hanrahan
Pitta LLP
120 Broadway
28th Floor
New York, NY 10271
jfarelli@pittalaw.com
thanrahan@pittalaw.com

*Attorneys for Plaintiffs Donna McCammon and Vanessa Garcia*




Dated: April 30, 2026                              **STOKES WAGNER, ALC**

                                                   */s/ Paul E. Wagner*

                                                   _____
                                                   Paul Wagner
                                                   903 Hanshaw Road
                                                   Ithaca, NY 14850
                                                   (607) 257-5165
                                                   pwagner@stokeswagner.com

                                                   *Attorneys for Defendants Surrey Propco*
                                                   *LLC and Corinthia Hotels, Ltd.*